NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD MUNOZ,**
*Petitioner-Appellant*

**v.**

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellee*

---

2025-1409

---

Appeal from the United States Court of Federal Claims in No. 1:21-vv-01369-CNL, Judge Carolyn N. Lerner.

---

**JUDGMENT**

---

AMBER WILSON, Wilson Science Law, Washington, DC, argued for petitioner-appellant.

NASEEM KOUROSH, Torts Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by C. SALVATORE D'ALESSIO, GABRIELLE M. FIELDING, HEATHER LYNN PEARLMAN, BRETT SHUMATE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, STOLL, and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 13, 2026
Date

Jarrett B. Perlow
Clerk of Court